# Exhibit C





# Everyday Odor Eliminator




 

# Everyday Odor Eliminator

## Odor Control & Fragrance

airBOSS Everyday Odor Eliminator is a highly effective Odor Absorber and Air Freshener. The dual combination of *Activated Charcoal and Scented Gel* work together to quickly neutralize and destroy malodors leaving behind a noticeably fresh scent. The unique container features four vented quadrants and a sliding handle that adjusts for 3-way control.

- Environmentally Friendly
- Non-toxic, Non-flammable
- No VOC's
- Lasts up to 60 days
- Continuous Odor Control

**FRAGRANCE**

| Fresh Linen | ⌄ |
|---|---|

Clear

SKU: 599.

SHARE
ON FACEBOOK

PIN
THIS ITEM

EMAIL
A FRIEND

TWEET
THIS ITEM

Directions for Use

More Information

**RELATED PRODUCTS**



Anywhere Dehumidifier
with Fragrance



Closet Odor Eliminator



One Drop – All Purpose
Household Deodorizer



Garbage Disposal
Cleaner & Freshener





